# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2009

137888

ROBERT SAWYER WILLIAMS, TREVA
WOMBLE and the ESTATE OF ROBERT
SETON WILLIAMS, Robert Sawyer Williams,
Personal Representative,
        Plaintiffs-Appellants,

v

SHEEHAN'S ON THE GREEN, INC., and
ESTATE OF ADAM GRADINSCAK,
Walter Sakowski, Personal Representative,
        Defendants-Appellees.

_____/

Marilyn Kelly,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
*Justices*

SC: 137888
COA: 285920
Wayne CC: 05-529848-NO

      On order of the Court, the application for leave to appeal the November 3, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2009

                     Clerk

p0422